# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WOO, | No. CV 13-4195 JSW |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| DEBORAH K. JOHNSON, Warden of the Central California Women's Facility, | |
| Respondent. | |

Good cause appearing therefore, the time for filing petitioner's traverse and supporting memorandum is extended to and including June 2, 2014.

DATED: April 18, 2014

Jeffrey S. White
United States District Judge